Case 08-42590   Doc 32   Filed 08/06/13   Entered 08/06/13 16:52:24   Desc Main
Document      Page 1 of 1

# Unclaimed Funds

Entered 1/1/2001 to 8/6/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 08-42590 -msh 19013748 | NINA M. PARKER, ESQ. PARKER & ASSOCIATES 10 CONVERSE PLACE, 2ND FLOOR WINCHESTER, MA 01890-2713 01890-2713 | 1,000.00 | 08/06/2013 |

**Grand Total: 1,000.00**